No. 90–221. MATTOX, ATTORNEY GENERAL OF TEXAS *v.* TRANS WORLD AIRLINES, INC., ET AL.; and

No. 90–232. ATTORNEY GENERAL OF CALIFORNIA ET AL. *v.* TRANS WORLD AIRLINES, INC., ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE BLACKMUN would dismiss the petitions for writs of certiorari as moot. Reported below: 897 F. 2d 773.

No. 90–323. CARRIERS CONTAINER COUNCIL, INC. *v.* MOBILE STEAMSHIP ASSN., INC., ET AL. C. A. 11th Cir. Motion of International Longshoremen's Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 90–327. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK ET AL. *v.* KANAKIS ET UX. Ct. App. Cal., 4th App. Dist. Motion of American Council of Life Insurance et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 90–370. REPUBLIC NATIONAL BANK OF MIAMI *v.* FIDELITY & DEPOSIT COMPANY OF MARYLAND. C. A. 11th Cir. Motion of American Bankers Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 90–5605. WISNIEWSKI *v.* KENNARD ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 88–7619. ROBERTSON *v.* CALIFORNIA, 493 U. S. 879 and 985. Motion of petitioner for leave to file second petition for rehearing denied. JUSTICE SOUTER took no part in the consideration or decision of this motion.